UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RAHEEM PETERKIN, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION FILE NO.: |
| vs. | ) | |
| | ) | 1:24-cv-01945-ELR |
| VICTOR HILL, individually, | ) | |
| CORRECTHEALTH CLAYTON, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO TAKE DEPOSITION OF PLAINTIFF RAHEEM PETERKIN

TO:   Raheem Peterkin
c/o Zack Greenamyre, Esq. and
Samatha Jill Funt, Esq.
Mitchell Shapiro Greenamyre & Funt, LLP
881 Piedmont Avenue
Atlanta, GA 30309

YOU ARE HEREBY NOTIFIED that on **Wednesday, April 30, 2025** commencing at **10:00 a.m.** the undersigned will proceed to take the deposition of RAHEEM PETERKIN via stenographic and videographic means for discovery, cross-examination, preservation of evidence for use at trial and all other purposes allowed by law before an officer duly authorized by law to administer oaths. The deposition will continue from day to day until the examination is complete.

4913-9930-1943, v. 1

This 17th day of April 2025.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
**Karen E. Woodward**
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial: 404-881-2623

*/s/ Michael D. Hoffer*
**Michael D. Hoffer**
Georgia Bar No. 359493
Email:  mhoffer@cmlawfirm.com
Direct Dial:  404-737-8443
*(Attorneys for Defendant Victor Hill)*

*/s/ Edward Greenblat*
**Edward Greenblat**
Georgia Bar No. 482735
Email:  egreenblat@cmlawfirm.com
Direct Dial:  678-684-1759
*(Attorneys for Defendant Victor Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092

4913-9930-1943, v. 1

## <u>CERTIFICATE OF COMPLIANCE WITH L.R. 5.1</u>

The undersigned attests that this document was prepared in Times New Roman, 14-point font that complies with this Court's Rules.

This 17th day of April 2025.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*

**Karen E. Woodward**
Georgia Bar No. 775260

4913-9930-1943, v. 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day filed the within and foregoing

**NOTICE OF DEPOSITION OF PLAINTIFF RAHEEM PETERKIN** with

the Clerk of Court using the CM/ECF system which will automatically serve an

electronic copy of same upon the following counsel of record:

| | |
|---|---|
| Zack Greenamyre, Esq. | Thomas E. Lavender III, Esq. |
| Samantha Jill Funt, Esq. | Chelsea Murphy, Esq. |
| MITCHELL SHAPIRO GREENAMYRE & FUNT, LLP | LAVENDER HOFFMAN EMERY, LLC |
| 881 Piedmont Avenue | 750 Hammond Drive |
| Atlanta, GA 30309 | Building 2, Suite 200 |
| zack@mitchellshapiro.com | Atlanta, Georgia 30328 |
| sam@mitchellshapiro.com | tlavender@lhefirm.com |
| *(Attorneys for Plaintiff)* | cmurphy@lhefirm.com |
| | *(Attorneys for Defendant Correct Health Clayton, LLC)* |

This 17th day of April 2025.

**Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP**

*/s/ Karen E. Woodward*
Karen E. Woodward
Georgia Bar No. 775260
Email:  kwoodward@cmlawfirm.com
Direct Dial:  404-881-2623
*(Attorney for Defendant Victor Hill)*

Meridian II, Suite 2000
275 Scientific Drive
Peachtree Corners, GA 30092