# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

RAHEEM PETERKIN,

    Plaintiff,

        v.

VICTOR HILL, individually,
CORRECTHEALTH CLAYTON, LLC,

    Defendants.

Civil Action No.:
1:24-cv-01945-ELR

## DEFENDANT CORRECTHEALTH CLAYTON, LLC'S  MOTION FOR SUMMARY JUDGMENT

COMES NOW Defendant CorrectHealth Clayton, LLC and pursuant to Fed. R. Civ. P. 56, files this Motion for Summary Judgment, showing the Court that it was not deliberately indifferent to Plaintiff's need(s) and no questions of material fact exist. In support of this Motion, Defendant submits the attached Statement of Material Facts, CorrectHealth Muscogee, LLC's Brief in Support, depositions, and all documents of record.

This 8th day of September, 2025.

Respectfully submitted,

*/s/ Chelsea M. Murphy*
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Clayton, LLC*

- 2 -

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

- 3 -

## <u>CERTIFICATE OF COMPLIANCE</u>

Under the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1.C. The foregoing was prepared on computer using Times New Roman font (14 point).

This 8th day of September, 2025.

Respectfully submitted,

<u>/s/ Chelsea M. Murphy</u>
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Clayton, LLC*

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I have this day served a copy of the within and foreground **Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system which will automatically serve an electronic copy of same upon the following counsel of record:

Zach Greenamyre, Esq.
Samantha Jill Funt, Esq.
Andrew Cantor, Esq.
Mitchell Shapiro Greenamyer
& Funt LLP
881 Piedmont Avenue
Atlanta, Georgia 30309
zach@mitchellshapiro.com
sam@mitchellshapiro.com
andrew@mitchellshapiro.com

Edward Greenblat
Michael D. Hoffer
Karen E. Woodard
Cruser, Mitchell. Novitz, Sanchez,
Gaston & Zimet, LLP
275 Scientific Drive, Suite 2000
Peachtree Corners, GA 30092
egreenblat@cmlawfirm.com
mhoffer@cmlawfirm.com
kwoodward@cmlawfirm.com

Victor Hill
6500 Halcyon Way, Apt. 363
Alpharetta, GA 30005
Keith126217@yahoo.com

This 8th day of September, 2025.

Respectfully submitted,

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

/s/ Chelsea M. Murphy
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Clayton, LLC*

- 4 -