**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RAHEEM PETERKIN,

    Plaintiff,

       v.

VICTOR HILL, individually,
CORRECTHEALTH CLAYTON, LLC,

    Defendants.

Civil Action No.:
1:24-cv-01945-ELR

**DEFENDANT CORRECTHEALTH CLAYTON, LLC'S STATEMENT OF**
**UNDISPUTED MATERIAL FACTS**

COMES NOW Defendant CORRECTHEALTH CLAYTON, LLC (herein after "CHC") and files its statement of facts to which no material dispute exists, showing this Court as follows:

1. Plaintiff Raheem Peterkin filed this action against CHC and Victor Hill alleging deliberate indifference under 42 U.S.C. § 1983 and state-law negligence. (Doc. 1 ¶¶ 20–23, 55–71).

2. CHC contracted with the Clayton County Sheriff's Office to provide medical services at the Clayton County Jail during the relevant period. (Ex. 2, Health Services Agreement ¶ 2.6).

3.  CHC did not employ the medical providers who worked at the Clayton County Jail on December 8, 2019. (Id.; Ex. 3, Def. CorrectHealth Clayton's Resp. to Pl.'s First Interrogatories, No. 3).

4.  Plaintiff alleges that CHC had knowledge of Sheriff Hill's use of the restraint chair through its "medical staff." (Doc. 1 ¶¶ 29, 31–32, 35, 39–40, 42, 45–46).

5.  Plaintiff further alleges that CHC had an unwritten policy or custom of "stand[ing] by and do[ing] nothing" when Hill ordered inmates into the restraint chair. (Doc. 1 ¶¶ 43–49).

6.  Plaintiff contends that CHC is vicariously liable under state law for the alleged negligence of unnamed medical staff. (Doc. 1 ¶¶ 65–71).

7.  On December 8, 2019, Plaintiff was placed in a restraint chair at the Clayton County Jail by order of Sheriff Hill. (Ex. 6, Peterkin Dep. 61:12–62:25).

8.  While restrained, Plaintiff was evaluated by a physician, who checked his heartbeat and inquired about his medications. (Id.).

9.  A nurse also assessed Plaintiff, took his vital signs, and administered blood pressure medication and aspirin. (Ex. 7, Medical Records at CP_CorrectHealth_001–015; Ex. 6, Peterkin Dep. 61:12–62:25).

10. The nurse asked officers to reposition Plaintiff's hands, so they were not uncomfortably restrained behind him. (Ex. 7, Medical Records at CP_CorrectHealth_005).

11. Plaintiff acknowledged in deposition that medical staff provided these interventions. (Ex. 6, Peterkin Dep. 61:12–62:25).

12. Plaintiff disclosed one expert witness, nurse Johnny ("JR") Lambert. (Ex. 8, Lambert CV).

13. Lambert has not personally cared for an inmate in custodial restraints since 2003. (Ex. 5, Lambert Dep. 14:14–15:3).

14. Lambert admitted she is not qualified to testify as to the standard of care for physicians. (Ex. 5, Lambert Dep. 32:6–33:6).

15. Lambert did not offer any opinion that CHC's restraint policy was facially unconstitutional or that no circumstances exist under which the policy would be valid. (Ex. 5, Lambert Dep. 95:6–11).

16. CorrectHealth Clayton has a written "Restraint and Seclusion" policy based on the NCCHC model policies, which requires monitoring of restrained inmates. (Ex. 4, Policy G-01.0).

17. No CHC policy instructed medical staff to refrain from intervening when an inmate was placed in custodial restraints. (Id.).

18. Plaintiff has not identified any CorrectHealth Clayton officer, supervisor, or medical provider who testified that CorrectHealth Clayton knew of or acquiesced in misuse of the restraint chair. (*See generally* record).

19. Plaintiff relies on Sheriff Hill's convictions for his misuse of the restraint chair, however CHC was not convicted of failing to intervene or any other constitutional violations in these cases. (Doc. 1 & attachments).

20. Plaintiff has not disclosed any physician expert to testify that acts or omissions of the medical staff caused his alleged injuries. (Ex. 8, Lambert CV; Ex. 5, Lambert Dep. 60:2–19, 65:2–6, 85:7–21, 96:22–97:25; *see generally* record).

21. Plaintiff admitted that medical staff did not control the use or release of the restraint chair when inmates were restrained by the custodial staff for security reasons. (Ex. 5, Lambert Dep. 96:22–97:25).

This 8th day of September, 2025.

Respectfully submitted,

*/s/ Chelsea M. Murphy*
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Clayton, LLC*

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Under the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, this is to certify that the foregoing document complies with the font and point selections approved by the Court in Local Rule 5.1.C. The foregoing was prepared on computer using Times New Roman font (14 point).

This 8th day of September, 2025.

Respectfully submitted,

<u>/s/ Chelsea M. Murphy</u>
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Clayton, LLC*

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT I have this day served a copy of the within and foregoing **Defendant CorrectHealth Clayton, LLC's Statement Of Undisputed Material Facts** with the Clerk of Court using the CM/ECF system which will automatically serve an electronic copy of same upon the following counsel of record:

Zach Greenamyre, Esq.
Samantha Jill Funt, Esq.
Andrew Cantor, Esq.
Mitchell Shapiro Greenamyer
& Funt LLP
881 Piedmont Avenue
Atlanta, Georgia 30309
zach@mitchellshapiro.com
sam@mitchellshapiro.com
andrew@mitchellshapiro.com

Edward Greenblat
Michael D. Hoffer
Karen E. Woodard
Cruser, Mitchell. Novitz, Sanchez,
Gaston & Zimet, LLP
275 Scientific Drive, Suite 2000
Peachtree Corners, GA 30092
egreenblat@cmlawfirm.com
mhoffer@cmlawfirm.com
kwoodward@cmlawfirm.com

Victor Hill
6500 Halcyon Way, Apt. 363
Alpharetta, GA 30005
Keith126217@yahoo.com

This 8th day of September, 2025.

Respectfully submitted,

LAVENDER HOFFMAN EMERY, LLC
750 Hammond Drive
Building 2, Suite 200
Atlanta, GA 30328
(404) 400-4500 (phone and fax)
tlavender@lhefirm.com
cmurphy@lhefirm.com

/s/ Chelsea M. Murphy
Thomas E. Lavender III
Georgia Bar No. 439389
Chelsea N. Murphy
Georgia Bar No. 919109
*Attorneys for CorrectHealth Clayton, LLC*

- 6 -