# EXHIBIT

# 7

# Peterkin, Rasheem S.

## #000000

Sex  Male
DOB ███████████
Weight  242 lbs
Agency  1
Location  [OUT]
JMS ID  aut29540
Allergies
NKMA

Reports
Full Patient History

## Full Patient History

Name  Peterkin, Rasheem S

DOB ███████████

Sex: Male

SSN

JMS ID  aut29540

Location: [OUT]

Allergies  NKMA

---

## Intake Screening Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 000000 | PC  Intake Receiving Screen | Patient Gender | Male | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Allergies | NKDA (NKMA) | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Initial V/S  (If abnormal  1  enter vitals here, 2  save form, 3  continuing answering questions, 4  enter 2nd set of vitals below, 5  save form again once complete) | *[blank]* | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Is There Any Evidence of  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Is There Any Evidence of  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Does the Patient Report  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Are There Any Signs of | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Do you have current thoughts or plans to harm yourself? | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Does the patient exhibit any signs that suggest the risk of suicide or self injurious behavior? **If Yes, SAD form MUST be completed | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Does the patient appear to be under the influence of or withdrawing from alcohol? **If Yes, CIWA form MUST be completed | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Does the patient appear to be under the influence of or withdrawing from drugs? **If Yes, COWs form MUST be completed | No | Champion, Eunice | 12 08 2019 10 20 am |

CP_CorrectHealth_001

| 000000 | PC Intake Receiving Screen | Is There Any Evidence of (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
|---|---|---|---|---|---|
| 000000 | PC Intake Receiving Screen | Is there any Evidence of (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Any other acute signs / symptoms suggesting the need for immediate medical intervention including severe pain, unsteady gait, unaddressed significant per arrest injuries, recent CHI with LOC or Pregnancy related complications? | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Tasks should be automatically generated | Continue Intake Process | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Screener Signature | EC  12/08/2019 1010 | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | If Abnormal Repeat V/S | [blank] | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Current Rx & OTC Medications | Yes (Please Specify) (? name) | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Past & Current Medical / Surgical History (include hospitalizations) | Yes (Please Specify) (htn) | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Past and Current Mental Health History (include hospitalizations, cerebral trauma and seizures) | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Past and Recent Suicide Attempts / Ideations (include when and how) | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Past and Current Substance Abuse History (include hospitalizations, Detoxification, and OP treatment) | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | History of Violent Behavior / Victimization / Sex Offenses | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Patient Previously Tested for Tuberculosis & Results | Yes  Previous  PPD | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Tobacco User | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Chew / Dip | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Alcohol Use Type | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Alcohol Use Frequency & Amount | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Alcohol Withdrawal Problems | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Drug Use Type | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Drug Use Method | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Drug Use Frequency | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Drug Use Withdrawal Problems | N/A | Champion, Eunice | 12 08 2019 10 20 am |

CP_CorrectHealth_002

| 000000 | PC  Intake Receiving Screen | Currently Pregnant | No | Champion, Eunice | 12 08 2019 10 20 am |
|---|---|---|---|---|---|
| 000000 | PC  Intake Receiving Screen | Previous Incarcerations | Yes | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Where? | Baltimore city | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | When? | unsure | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Head / Neuro | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Eyes / Ears | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Nose / Throat / Mouth | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Dental | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Cardiovascular | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Respiratory | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | GI / Endocrine | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | GU / STD | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Immune / Hematologic / Cancer | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | MusculoSkeletal | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Derm (include Scars, Tattoos, Trauma, Needle Marks) | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Special Diet | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Mobility / ADL Issues | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Primary Language | English | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Need Interpreter | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Do you have Advance Directives | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Diagnostic Testing | PPD | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Placement | General Population | Champion, Eunice | 12 08 2019 10 20 am |

CP_CorrectHealth_003

| 000000 | PC  Intake Receiving Screen | Referrals | None | Miller, Marnie | 12 08 2019 10 29 am |
|---|---|---|---|---|---|
| 000000 | PC  Intake Receiving Screen | Referrals | Medical | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC  Intake Receiving Screen | Instructed on access to healthcare while incarcerated? | Yes | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Provider Protocols | Yes | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Nursing Protocols | No | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC  Intake Receiving Screen | Screener Signature | Eunice Champion LPN/Marnie Miller, Rn  12/08/2019 1029 | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Tuberculosis Screening | Allergies | NKMA | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Patient Type | Inmate | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Current Symptoms | No Current Symptoms | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Medical History | HTN | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Patient Previously Tested for Tuberculosis & Results | Yes   Previous  PPD | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Inmate Consents to Test | Yes (Please Specify) | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Tuberculin Purified Protein Derivative Lot# | 339836 | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Tuberculin Purified Protein Derivative Expiration Date | 3/21 | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | PPD Plant Date | 12/08/2019 | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Inmate Assignment Recommendations | General Population | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC  Physical Assessment (Long) | Did inmate refuse to consent to physical assessment? *If Yes, please complete refusal form as well | No | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC  Physical Assessment (Long) | Allergies | NKMA | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC  Physical Assessment (Long) | Vitals | [blank] | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC  Physical Assessment (Long) | Appearance  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC  Physical Assessment (Long) | Head  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC  Physical Assessment (Long) | Eyes  General | right eye partial blind | Miller, Marnie | 12 08 2019 10 33 am |

CP_CorrectHealth_004

| 000000 | PC Physical Assessment (Long) | Ears General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
|---|---|---|---|---|---|
| 000000 | PC Physical Assessment (Long) | Nose General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Lips General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Skin General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Oral General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Oral Gingiva | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Oral Appliances | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Tongue General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neck General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Respiratory General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Respiratory Cough | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Cardiovascular General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Cardiovascular Pulses | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Abdomen General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | GU / Rectal General | deferred | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | GU / Rectal Stool | deferred | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Muscular / Skeletal General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Muscular / Skeletal Edema | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Muscular / Skeletal Mobility | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neurological Appearance | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neurological Speech | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neurological GAIT | WNL | Miller, Marnie | 12 08 2019 10 33 am |

CP_CorrectHealth_005

| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Attitude | WNL | Miller, Marnie | 12 08 2019 10 33 am |
|---|---|---|---|---|---|
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Affect / Mood | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Hallucinations | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Homicidal / Suicidal | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Education  General | Diet | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Education  General | Excercise | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Education  General | Oral Hygiene | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Inmate Consents to Test | Yes (Please Specify) | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | PPD Completed at Intake | Yes | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | PPD administered during Physical Assessment | Administered (Left) Preferred Site | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | RPR Drawn | N/A | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Inmate Assignment Recommendations | General Population | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | LPN/RN Assessment Signature | Marnie Miller, RN  12/08/2019 1032 | Miller, Marnie | 12 08 2019 10 33 am |

## Medical Forms

(No Records)

## Release Forms

(No Records)

## Exam Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 000000 | PC Intake Receiving Screen | Patient Gender | Male | Champion, Eunice | 12 08 2019 10 20 am |

CP_CorrectHealth_006

| 000000 | PC Intake Receiving Screen | Allergies | NKDA (NKMA) | Champion, Eunice | 12 08 2019 10 20 am |
|---|---|---|---|---|---|
| 000000 | PC Intake Receiving Screen | Initial V/S  (If abnormal  1  enter vitals here, 2  save form, 3  continuing answering questions, 4  enter 2nd set of vitals below, 5  save form again once complete) | [blank] | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Is There Any Evidence of  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Is There Any Evidence of  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Does the Patient Report  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Are There Any Signs of | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Do you have current thoughts or plans to harm yourself? | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Does the patient exhibit any signs that suggest the risk of suicide or self injurious behavior? **If Yes, SAD form MUST be completed | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Does the patient appear to be under the influence of or withdrawing from alcohol? **If Yes, CIWA form MUST be completed | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Does the patient appear to be under the influence of or withdrawing from drugs? **If Yes, COWs form MUST be completed | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Is There Any Evidence of  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Is there any Evidence of  (If any items checked, Please Specify) | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Any other acute signs / symptoms suggesting the need for immediate medical intervention including severe pain, unsteady gait, unaddressed significant per arrest injuries, recent CHI with LOC or Pregnancy related complications? | None of the Above | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Tasks should be automatically generated | Continue Intake Process | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Screener Signature | EC   12/08/2019 1010 | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | If Abnormal Repeat V/S | [blank] | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Current Rx & OTC Medications | Yes (Please Specify)  (? name) | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Past & Current Medical / Surgical History (include hospitalizations) | Yes (Please Specify)  (htn) | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Past and Current Mental Health History (include hospitalizations, cerebral trauma and seizures) | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Past and Recent Suicide Attempts / Ideations (include when and how) | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Past and Current Substance Abuse History (include hospitalizations, Detoxification, and OP treatment) | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | History of Violent Behavior / Victimization / Sex Offenses | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Patient Previously Tested for Tuberculosis & Results | Yes   Previous  PPD | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Tobacco User | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Chew / Dip | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Alcohol Use Type | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC Intake Receiving Screen | Alcohol Use Frequency & Amount | N/A | Champion, Eunice | 12 08 2019 10 20 am |

CP_CorrectHealth_007

| 000000 | PC  Intake Receiving Screen | Alcohol Withdrawal Problems | No | Champion, Eunice | 12 08 2019 10 20 am |
|---|---|---|---|---|---|
| 000000 | PC  Intake Receiving Screen | Drug Use Type | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Drug Use Method | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Drug Use Frequency | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Drug Use Withdrawal Problems | N/A | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Currently Pregnant | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Previous Incarcerations | Yes | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Where? | Baltimore city | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | When? | unsure | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Head / Neuro | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Eyes / Ears | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Nose / Throat / Mouth | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Dental | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Cardiovascular | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Respiratory | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | GI / Endocrine | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | GU / STD | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Immune / Hematologic / Cancer | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | MusculoSkeletal | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Derm (include Scars, Tattoos, Trauma, Needle Marks) | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Special Diet | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Mobility / ADL Issues | No Complaints | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Primary Language | English | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Need Interpreter | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Do you have Advance Directives | No | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Diagnostic Testing | PPD | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Placement | General Population | Champion, Eunice | 12 08 2019 10 20 am |
| 000000 | PC  Intake Receiving Screen | Referrals | None | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC  Intake Receiving Screen | Referrals | Medical | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC  Intake Receiving Screen | Instructed on access to healthcare while incarcerated? | Yes | Champion, Eunice | 12 08 2019 10 20 am |

CP_CorrectHealth_008

| 000000 | PC Intake Receiving Screen | Provider Protocols | Yes | Champion, Eunice | 12 08 2019 10 20 am |
|---|---|---|---|---|---|
| 000000 | PC Intake Receiving Screen | Nursing Protocols | No | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Intake Receiving Screen | Screener Signature | Eunice Champion LPN/Marnie Miller, Rn  12/08/2019 1029 | Miller, Marnie | 12 08 2019 10 29 am |
| 000000 | PC Tuberculosis Screening | Allergies | NKMA | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Patient Type | Inmate | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Current Symptoms | No Current Symptoms | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Medical History | HTN | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Patient Previously Tested for Tuberculosis & Results | Yes   Previous  PPD | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Inmate Consents to Test | Yes (Please Specify) | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Tuberculin Purified Protein Derivative Lot# | 339836 | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Tuberculin Purified Protein Derivative Expiration Date | 3/21 | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | PPD Plant Date | 12/08/2019 | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Tuberculosis Screening | Inmate Assignment Recommendations | General Population | Champion, Eunice | 12 08 2019 10 21 am |
| 000000 | PC Physical Assessment (Long) | Did inmate refuse to consent to physical assessment? *If Yes, please complete refusal form as well | No | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Allergies | NKMA | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Vitals | [blank] | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Appearance  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Head  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Eyes  General | right eye partial blind | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Ears  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Nose  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Lips  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Skin  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Oral  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Oral  Gingiva | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment | Oral  Appliances | WNL | Miller, Marnie | 12 08 2019 10 33 am |

CP_CorrectHealth_009

| 000000 | PC Physical Assessment (Long) | | | | |
| 000000 | PC Physical Assessment (Long) | Tongue  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neck  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Respiratory  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Respiratory  Cough | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Cardiovascular  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Cardiovascular  Pulses | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Abdomen  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | GU / Rectal  General | deferred | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | GU / Rectal  Stool | deferred | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Muscular / Skeletal  General | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Muscular / Skeletal  Edema | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Muscular / Skeletal  Mobility | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neurological  Appearance | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neurological  Speech | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Neurological  GAIT | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Attitude | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Affect / Mood | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Hallucinations | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Psych / Mental Health  Homicidal / Suicidal | WNL | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Education  General | Diet | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Education  General | Excercise | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment | Education  General | Oral Hygiene | Miller, Marnie | 12 08 2019 10 33 am |

CP_CorrectHealth_010

| 000000 | PC Physical Assessment (Long) | Inmate Consents to Test | Yes (Please Specify) | Miller, Marnie | 12 08 2019 10 33 am |
|---|---|---|---|---|---|
| 000000 | PC Physical Assessment (Long) | PPD Completed at Intake | Yes | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | PPD administered during Physical Assessment | Administered (Left)   Preferred Site | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | RPR Drawn | N/A | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | Inmate Assignment Recommendations | General Population | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Physical Assessment (Long) | LPN/RN Assessment Signature | Marnie Miller, RN   12/08/2019 1032 | Miller, Marnie | 12 08 2019 10 33 am |
| 000000 | PC Verbal/Telephone Order | ALLERGIES | NKMA | Smith Franklin, Jennifer | 12 08 2019 4 22 pm |
| 000000 | PC Verbal/Telephone Order | Order 1  (Ensure Note is Entered) | Medication Order (GIVE METOPROLOL 25MG AND ASPIRIN 81 MG STAT FOR C/O CHEST PAIN AND ELEVATED PULSE ) | Smith Franklin, Jennifer | 12 08 2019 4 22 pm |
| 000000 | PC Verbal/Telephone Order | Order 2  (Ensure Note is Entered) | Medication Order (METOPROLOL 25 MG PO BID,ASPIRIN 81 MG PO QD AND NORVASC 5MG PO QD) | Smith Franklin, Jennifer | 12 08 2019 4 22 pm |
| 000000 | PC Verbal/Telephone Order | Order Given By  (Provider) | DR C CLOPTON JR   12/08/2019 | Smith Franklin, Jennifer | 12 08 2019 4 22 pm |
| 000000 | PC Verbal/Telephone Order | Order Received and Noted By  (Nursing Staff) | JENNIFER SMITH FRANKLIN LPN   12/08/2019 1622 | Smith Franklin, Jennifer | 12 08 2019 4 22 pm |

# Patient History Forms

(No Records)

# Subjective Interview Form

(No Records)

# Patient Request Forms

(No Records)

# Education Forms

CP_CorrectHealth_011

Case 1:24-cv-01945-ELR-RTJ   Document 56-10   Filed 09/08/25   Page 13 of 16

## Custom Flows

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 000000 | PC  Restraint Flowsheet | Date and Time Placed in Restraint | 12/08/2019 1259 | Miller, Marnie | 12 08 2019 1 01 pm |
| 000000 | PC  Restraint Flowsheet | Is inmate violent? | No | Miller, Marnie | 12 08 2019 1 01 pm |
| 000000 | PC  Restraint Flowsheet | Type of Restraint | chair | Miller, Marnie | 12 08 2019 1 01 pm |
| 000000 | PC  Restraint Flowsheet | Reason for Restraints | sheriff request | Miller, Marnie | 12 08 2019 1 01 pm |

## Medications

(No Records)

## MAR (Medication Administration Record)

| Administration Date/Time | Administration Result | Administration Notes | Recorded By | Medication Name (Brand Name) |
|---|---|---|---|---|
| [blank] | [blank] | [blank] | , | METOPROLOL TARTRATE (LOPRESSOR) 25MG 1 TAB [PO] By Mouth MEDS - BID |
| 12-09-2019 11:58 am | Not present | [blank] | Johnson, Tamika | ASPIRIN (BAYER CHILDRENS ASPIRIN) 81MG 1 CHW [PO] By Mouth MEDS - AM |
| 12-09-2019 11:58 am | Not present | [blank] | Johnson, Tamika | AMLODIPINE BESYLATE (NORVASC) 5MG 1 TAB [PO] By Mouth MEDS - AM |
| 12-09-2019 11:58 am | Not present | [blank] | Johnson, Tamika | METOPROLOL TARTRATE (LOPRESSOR) 25MG 1 TAB [PO] By Mouth MEDS - BID |

## Tasks

| | |
|---|---|
| Appointment Scheduled Date | 12 08 2019 |
| Appointment Created Date | 12 08 2019 4 22 pm |
| Appointment Description | PC  Verbal/Telephone Order  GIVE METOPROLOL 25MG AND ASPIRIN 81 MG STAT FOR C/O CHEST PAIN AND ELEVATED PULSE   12 08 2019 04 22 pm |
| Appointment Category | Order  Nurse Note Off |
| Priority (1=High, 5=Low) | 1 |
| Current Status | Completed |
| Requested by Patient? | No |
| Appointment Set By | Smith Franklin, Jennifer |
| Appointment Last Modified By | Blythe, Candace |
| Last Modified Date and Time | 12 09 2019 4 08 am |

CP_CorrectHealth_012

| | |
|---|---|
| **Appointment Completed By** | Blythe, Candace |
| **Completed Date and Time** | 12 09 2019 4 08 am |
| **Appointment Change Note** | Completed Appointment |
| **Change Note Type** | Completed Appointments |
| **Change Note Date** | 12 09 2019 12 00 am |
| **Change Note By** | Blythe, Candace |

| | |
|---|---|
| **Appointment Scheduled Date** | 12 08 2019 |
| **Appointment Created Date** | 12 08 2019 4 22 pm |
| **Appointment Description** | PC  Verbal/Telephone Order  METOPROLOL 25 MG PO BID,ASPIRIN 81 MG PO QD AND NORVASC 5MG PO QD 12 08 2019 04 22 pm |
| **Appointment Category** | Order  Nurse Note Off |
| **Priority (1=High, 5=Low)** | 1 |
| **Current Status** | Completed |
| **Requested by Patient?** | No |
| **Appointment Set By** | Smith Franklin, Jennifer |
| **Appointment Last Modified By** | Blythe, Candace |
| **Last Modified Date and Time** | 12 09 2019 4 09 am |
| **Appointment Completed By** | Blythe, Candace |
| **Completed Date and Time** | 12 09 2019 4 09 am |
| **Appointment Change Note** | Completed Appointment |
| **Change Note Type** | Completed Appointments |
| **Change Note Date** | 12 09 2019 12 00 am |
| **Change Note By** | Blythe, Candace |

| | |
|---|---|
| **Appointment Scheduled Date** | 12 09 2019 |
| **Appointment Created Date** | 12 08 2019 4 22 pm |
| **Appointment Description** | PC  Verbal/Telephone Order  Medication Order; Review Order for Completeness  METOPROLOL 25 MG PO BID,ASPIRIN 81 MG PO QD AND NORVASC 5MG PO QD; 12 08 2019 04 22 pm |
| **Appointment Category** | Order  24 hour Chart Check |
| **Priority (1=High, 5=Low)** | 1 |
| **Current Status** | Deleted |
| **Requested by Patient?** | No |
| **Appointment Set By** | Smith Franklin, Jennifer |
| **Appointment Last Modified By** | System, CorEMR |
| **Last Modified Date and Time** | 12 10 2019 12 00 am |
| **Appointment Completed By** | N/A |
| **Completed Date and Time** | N/A |
| **Appointment Change Note** | Inmate was released 12 10 2019 |
| **Change Note Type** | Deleted Appointments |

CP_CorrectHealth_013

| | |
|---|---|
| **Change Note Date** | 12 10 2019 12 00 am |
| **Change Note By** | System, CorEMR |

| | |
|---|---|
| **Appointment Scheduled Date** | 12 09 2019 |
| **Appointment Created Date** | 12 08 2019 4 22 pm |
| **Appointment Description** | PC  Verbal/Telephone Order  Medication Order; Review Order for Completeness  GIVE METOPROLOL 25MG AND ASPIRIN 81 MG STAT FOR C/O CHEST PAIN AND ELEVATED PULSE ; 12 08 2019 04 22 pm |
| **Appointment Category** | Order  24 hour Chart Check |
| **Priority (1=High, 5=Low)** | 1 |
| **Current Status** | Deleted |
| **Requested by Patient?** | No |
| **Appointment Set By** | Smith Franklin, Jennifer |
| **Appointment Last Modified By** | System, CorEMR |
| **Last Modified Date and Time** | 12 10 2019 12 00 am |
| **Appointment Completed By** | N/A |
| **Completed Date and Time** | N/A |
| **Appointment Change Note** | Inmate was released 12 10 2019 |
| **Change Note Type** | Deleted Appointments |
| **Change Note Date** | 12 10 2019 12 00 am |
| **Change Note By** | System, CorEMR |

| | |
|---|---|
| **Appointment Scheduled Date** | 12 10 2019 |
| **Appointment Created Date** | 12 08 2019 10 21 am |
| **Appointment Description** | PC  Tuberculosis Screening  Read PPD, Record Date/Result  12/08/2019    12 08 2019 10 21 am |
| **Appointment Category** | Process  PPD Reading |
| **Priority (1=High, 5=Low)** | 1 |
| **Current Status** | Deleted |
| **Requested by Patient?** | No |
| **Appointment Set By** | Champion, Eunice |
| **Appointment Last Modified By** | System, CorEMR |
| **Last Modified Date and Time** | 12 10 2019 12 00 am |
| **Appointment Completed By** | N/A |
| **Completed Date and Time** | N/A |
| **Appointment Change Note** | Inmate was released 12 10 2019 |
| **Change Note Type** | Deleted Appointments |
| **Change Note Date** | 12 10 2019 12 00 am |
| **Change Note By** | System, CorEMR |

# Chart Notes

CP_CorrectHealth_014

| Note Date | Note Text | Note By | Note Access | Note Type |
|---|---|---|---|---|
| 12-08-2019 11:36 am | publix 770-389-4666 called and med verified amlodipine 10mg PO daily | Miller, Marnie | Medical Staff | Medical Note |
| 12-08-2019 4:28 pm | RECEIVED INMATE FROM INTAKE IN RESTRAINT CHAIR PER ORDERS OF SHERIFF HILL,INMATE C/O DISCOMFORT,I THEN WENT TO ASSESS INMATE V/S WERE TAKEN AND ARE DOCUMENTED ON FLOW SHEET,DR.C.CLOPTON ASSESSED INMATE GAVE STAT ORDERS TO GIVE ASPIRIN 81MG AND METOPROLOL 25 MG STAT,OFFICER NOTED OF INMATES CONDITION,I REQEUSTED THE INMATE BE REPOSITIONED IN CHAIR WITH HANDS STRAPPED ON ARMS OR CHAIR RATHER THEN BEHIND BACK,INMATE B/P WAS SLIGHTLY ELEVATED AS WELL AS PULSE RATE,V/S WERE RETAKEN AND INFORMATION WAS DOCUMENTED AGAIN IN FLOW SHEET,INMATE APPEARED TO BE STABLE,STATES HE DID FEEL RELEIF FROM MEDICATION GIVEN,INMATE REMAINS IN CHAIR ALERT,0 S/S OF ANY DISTRESS AT THIS TIME. | Smith-Franklin, Jennifer | Medical Staff | Medical Note |

## Problems

(No Records)

## Scanned Documents

(No Records)

## Vital Signs

| | |
|---|---|
| **Date of Reading** | 12-08-2019 3:56 pm |
| **Date Entered** | 12-08-2019 3:56 pm |
| **Blood Pressure Sitting** | 160/95 |
| **Blood Pressure Standing** | *[blank]* |
| **Pulse Sitting** | 92 |
| **Pulse Standing** | *[blank]* |
| **Respiration** | 18 |
| **Temperature** | *[blank]* |
| **Weight** | *[blank]* |
| **SPO2** | 98.0 |
| **Notes** | *[blank]* |

| | |
|---|---|
| **Date of Reading** | 12-08-2019 3:54 pm |
| **Date Entered** | 12-08-2019 3:55 pm |
| **Blood Pressure Sitting** | 0/0 |
| **Blood Pressure Standing** | 160/98 |
| **Pulse Sitting** | *[blank]* |
| **Pulse Standing** | 110 |
| **Respiration** | 20 |
| **Temperature** | *[blank]* |
| **Weight** | *[blank]* |

CP_CorrectHealth_015