# EXHIBIT

# 8

*Johnnie R. Lambert RN, CCHP-A, LHRM*
*1214 15th St.*
*Port Royal, S.C. 29935*
*Phone: 843-321-2003*
*jrlambertconsulting@gmail.com*

## CORRECTIONAL HEALTHCARE CONSULTANT

50 years of experience as a Registered Nurse with extensive management background, as well as clinical expertise in the areas of mental health, acute care, and correctional healthcare. Conducted reviews and formulation of action plans required by consent decrees and/or settlement agreements, and monitoring of adherence and corrective action. Experienced policy writer, contract monitor, and nursing care evaluator.

**J.R. Lambert Correctional Health Consulting, LLC**
**December 2019 – Present**

- Legal Nurse Consultant: Review, summarization, analysis of medical records. Assist with discovery,  analysis of medical staffing, medical records, standards of care, research and analysis of information, written summary reports. Consulting expert for correctional healthcare litigation and jail/prison legal actions.
- Support implementation of electronic health records and modification to meet jail/prison standards.
- Interpretation of contracts and proposal writing
- Train medical staff in legal and clinical aspects of correctional health care.
- Health Care Risk Management: perform risk assessment and mitigation plans for facility programs.
- Multi-State RN Licensed.
- Consult with Correctional Healthcare providers in areas such as staff development and training; policy and procedure development and implementation; medical auditing; risk management; proposal writing; research and review of standards, regulations, and laws pertaining to correctional healthcare; clinical reviews, and other tasks as requested.
- Currently working with National Commission on Correctional Health Care  (NCCHC Resources, Inc.) on program development. As Advanced CCHP, screen applicants applying for this certification.

**Centurion, LLC**
**Vienna, Va. 22182**
**Policy and Accreditation Coordinator**
**Clinical Operations Specialist**
**May 2015 – December 2019**

- Wrote and revised policies, procedures, nursing treatment manuals, and  created training programs for Correctional Nursing Management
- Developed training modules for nursing staff upon request of Training Director; worked closely with Chief Nursing Officer, Director of Training, Director Infection Control, Director of Operations, and Sr. V.P of Operations in development and training of staff
- Researched and reviewed standards of correctional healthcare, local regulations, and state laws for contract compliance and new business
- Monitored contract compliance for Centurion/MHM Contracts; supported and trained site managers in CQI, policies, nursing supervision, correctional healthcare procedures, and systems

**Armor Correctional Health Services, Inc.**
**Miami, Florida 33155**
**August 2005 - May 2015**
**Vice-President, Policy & Accreditation**

- Wrote and revised  policies, procedures, nursing treatment manuals, training programs for Directors of Nursing,

*Johnnie R. Lambert RN, CCHP-A, LHRM*
*1214 15th St.*
*Port Royal, S.C. 29935*
*Phone: 843-321-2003*
*jrlambertconsulting@gmail.com*

and other nursing personnel.
- Evaluated and monitored  Armor systems compliance with appropriate accreditation and evaluation bodies such as ACA, NCCHC, State Reviews, Department of Justice Reviews;
- Conducted training and provided support for Armor healthcare site personnel in policies, procedures, standards
- Assisted in the development and implementation of ongoing Continuous Quality Improvement Programs;
- Assisted in preparation of bids, contract reviews, and responses to RFP's
- Communicated with Armor clients concerning healthcare systems and compliance with standards;

**Correctional Medical Management, LLC**
**Nashville, Tennessee, 37212**
**March 2004-July 2005**
**Director of Clinical Operations**

- Evaluated and monitored all prisons in State of Alabama for compliance to consent decrees and settlement agreements in place. Reviewed medical records, interviewed staff and patients to ensure compliance with NCCHC, ACA standards, and requirements of DOJ settlement agreement (*Leatherwood v. Campbell etal.::2004)*
- Worked with Southern Poverty Law Center on monitoring of settlement agreement (*Gaddis v. Campbell, USDC Middle District Alabama :: 2004);* reviewed records, toured sites, and documented compliance with agreement.
- Monitoring of contractual health care services for correctional facilities
- Preparation of reports
- Review and Analysis of medical records for legal proceedings concerning adherence to settlement agreements and national standards of care
- Provided management training and support for correctional medical staff in contracted facilities.
- Evaluated and directed implementation methods for improving operational efficiency, effectiveness, cost-effectiveness in facilities

**Correctional Medical Services**
**February 1997-March 2004**
**St. Louis, Missouri**

- ✳ **DeKalb County Jail, Decatur Ga.**
  **Health Service Administrator, Feb. 2003-March 2004**
  Overall administration of healthcare unit in large county jail with over 3000 inmate population
  - Managed medical staff of over 117 FTE
  - Management of $11 mil/annum budget for healthcare
  - Monitored of provision of care within the requirements of settlement agreement; assisted Sheriff's department in ending the settlement agreement period and worked with an appointed court monitor. (*Dorsey v. Adams:: 2001)*

- ✳ **Duval Pre-Trial Detention Facility, Jacksonville, Fl.**
  **Health Services Administrator; May 2001-Feb. 2003**

  - Managed 3000 bed county jail medical unit with approximately 103 employees.
  - Maintained and audited  medical records
  - Provided education and training for nursing and other professional staff
  - Interpreted and monitored adherence to Standards of Care
  - Compiled and reported medical statistics

*Johnnie R. Lambert RN, CCHP-A, LHRM*
*1214 15th St.*
*Port Royal, S.C. 29935*
*Phone: 843-321-2003*
*jrlambertconsulting@gmail.com*

- Acted as liaison between correctional staff and medical staff
- Supervised and implemented adherence to OSHA, National Committee for Correctional Health Care, American Correctional Association, and American Nursing Association standards.
- Assisted in preparation of annual budget for healthcare

✹ **South Area Regional Administrator; February 2000-May 2001**
**Correctional Medical Services**

- Supervised medical services in prison facilities in South Carolina, Florida, and Virginia
- Assisted in budget preparation and management of financial performance of contract sites.
- Monitored for contract compliance and continual evaluation of applicable penalty issues
- Trained and mentored site managers

✹ **Site Administrator: Lee Correctional Institution; Mar. 1999-Feb. 2000**
**Bishopville, S.C.**

✹ **Director of Nursing: Lee Correctional Institution; Dec. 1998-Mar. 1999**
**Bishopville, S.C.**

✹ **Nursing Supervisor: Allendale Correctional Institution; March 1998-Dec.1999**
**Allendale, S.C.**

✹ **Psychiatric Nurse Manager: Allendale Correctional Institution; Aug. 1997-Mar. 1998**
**Allendale, S.C.**

✹ **Staff Nurse: Allendale Correctional Institution; Feb. 1997-Aug. 1997**
**Allendale, S. C.**

**OTHER ACTIVITIES**

- 2015-2021: Lead Surveyor, NCCHC
- 2016-2021: Member of CCHP Board of Trustees (NCCHC-3-year terms)
- Present: Member Board of Directors – Health through Walls (501c3)
- 2019-Present: Consultant to NCCHC Resources, INC. (NRI)
- 2009-2010 Consultant – Contributor to Essential Learning, LLC (now Relias Learning, Inc.) Research and develop online training programs for correctional facility medical and security staff
- Member of Ethics Committee: International Alliance of Forensic Nurses

**PUBLICATIONS:**

**Developed for Essential Learning, LLC**:

- Intoxication and Withdrawal for Correctional Officers; June 2009
- Grief and Loss for Correctional Officers, July 2009
- Special Needs of LGTBQI Inmates, September 2009
- Confidentiality of Health Information in Correctional Facilities, December 2009

**Developed for Turn Key Health, LLC (2015-2016)**
- Training- Suicide Prevention in Corrections

Johnnie R. Lambert, RN, CCHP-A, LHRM, LNC

3

*Johnnie R. Lambert RN, CCHP-A, LHRM*
*1214 15th St.*
*Port Royal, S.C. 29935*
*Phone: 843-321-2003*
*jrlambertconsulting@gmail.com*

- Bloodborne Pathogens Training
- Medical Information for Correctional Officers
- Medical Orientation for Correctional Health Staff
- Compassion in Correctional Nursing

**Presentation: NCCHC**
- Psychogenic Non-epileptic Seizures: What are They and How do We Manage Them.  Presented with Dr. Rebecca Vauter, PsyD. ABPP, CCHP-MH, 5/21

**EDUCATION and TRAINING:**

- Institute for Prevention of In-Custody Deaths: Certified as Agitated Delirium /Agitated Chaotic Events Instructor
  - NCCHC Certified Correctional Health Professional - Advanced 18 years; NCCHC Lead Surveyor
  - University of Florida – 2008: Licensed Healthcare Risk Manager
  - College for Professional Studies: Nurse-Paralegal (2002-2003)
  - Medical-Legal Consulting Institute Inc.: Certified Legal Nurse Consultant (2002)
  - Management and Leadership Development Program, Correctional Medical Services; Certified as Correctional Healthcare Manager (1999)
  - Cleveland State University (1975-78)
  - University of South Alabama (1971-1973)
  - Mobile Infirmary School of Nursing: Mobile, Alabama (1971-1974)
  - Licensed in State of South Carolina (Multi-State License)
  - South Carolina Notary Public

**Technical Skills:**
  - Microsoft Office 365 (Word, PowerPoint, Excel, Visio, Sharepoint)
  - Adobe Acrobat
  - SuperUser with Sapphire EMR, CorEMR (Electronic Health Records)