**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

RAHEEM PETERKIN,

    *Plaintiff,*

v.

VICTOR HILL, ET AL.,

    *Defendants.*

Cause No. 1:24-cv-1945-ELR

## ORDER

Upon review, Plaintiff's motion to reopen case is **granted**. The Clerk of Court is directed to reopen this case and restore the pending motions.

**SO ORDERED**, this the 14th day of July, 2026.

*Eleanor L. Ross*
_____
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Andrew Canter*
Georgia Bar No. 365212
*Co-counsel for Plaintiff*